IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL ACTION NO. 2:05CR25-P-A

BOBBY BRASHER WOLFE

**ORDER**

This cause is before the Court on a Motion for Continuance and Extension of Pre-Trial Deadlines [12-1] by defendant. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for May 2, 2005. Defense counsel represents in the motion that her trial obligations in other state court cases, as well as additional obligations in both state and federal actions, prevent her from preparing effectively for the scheduled trial of this cause. The Court is advised that the government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from May 2, 2005 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given defense counsel's trial schedule in other matters, a continuance is required under the Local Rules in order to permit an adequate opportunity to confer with the defendant and to prepare for trial. Therefore, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance and Extension of Pretrial Deadlines [12-1] is GRANTED;

2. That the trial of this matter is continued until Monday, June 27, 2005 at 9:00 a.m. in the United States District Courthouse in Oxford, Mississippi;

3. That the delay from May 2, 2005 until June 27, 2005 is excluded as set out above;

4. That the deadline for filing pretrial motions is June 6, 2005;

5. That the deadline for submitting a plea agreement is June 13, 2005.

SO ORDERED, this the 18th day of April, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE